## STATE OF OREGON,
*Respondent,*

*v.*

## BLAINE ROBERT CALLAGHAN,
*Appellant.*

200223471; A120940

112 P3d 355

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jennelle Meeks Barton, Deputy Defender, Office of Public Defense Services, filed the briefs for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the briefs for respondent.

Before Linder, Presiding Judge, and Haselton* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Gutierrez*, 197 Or App 496, 106 P3d 670, *adh'd to as modified on recons*, 199 Or App 521, 112 P3d 433 (2005).

---

* Haselton, J., *vice* Richardson, S. J.